IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>      Plaintiff,   )<br>   )<br>v.   )<br>   )<br>SCOTT LICAMELE,   )<br>   )<br>      Defendant.   )<br>_____)  | Case No. 3:21-cv-1220-SRU<br><br>Chief Judge Stefan R. Underhill |

**STIPULATION FOR SECOND EXTENSION OF TIME TO ANSWER**

The plaintiff United States of America and the defendant Scott Licamele, *pro se* (collectively, the "parties"), stipulate and agree as follows:

1. The United States filed this action against Scott Licamele to collect civil penalties assessed on September 16, 2019, pursuant to 31 U.S.C. § 5321(a)(5), in the amount of $200,000.

2. On September 15, 2021, Scott Licamele executed a waiver of service of the summons, ECF No. 8, meaning that his answer or other responsive pleading was due on or before November 15, 2021.

3. On November 15, 2021, the parties filed their *Stipulation for Extension of Time to Answer* (ECF No. 9), which included Mr. Licamele's *Notice of Pro Se Appearance Form* as an exhibit for filing (the signed original of which was also mailed to the Clerk's office in New Haven). The *Stipulation* requested 60 days within which the parties would attempt to negotiate a resolution of this case that would result in the filing of an agreed judgment and an agreed motion for an installment payment plan pursuant to 28 U.S.C. § 3204. The stipulated extension also contemplated the filing of a status report and/or a further motion or stipulation seeking an additional extension of time if an agreement had not yet been reached.

4. The Court "So Ordered" the stipulated extension request and directed the Clerk to

docket Mr. Licamele's appearance form. *See* ECF Nos. 10 and 11. As extended, the answer deadline is now January 14, 2022.

5. The parties have made significant progress over the last two months, including the exchange and review of 568 pages of documents related to Mr. Licamele's financial situation and ability to pay a reasonable monthly installment amount. The parties have also held advanced settlement negotiations to arrive at a resolution of this case that is agreeable.

6. The parties believe that they are approaching an agreement in principle, and they now need to secure the necessary approvals from DOJ supervisors as well as secure loan funding for the payment plan, and to draft the joint paperwork to be able to file the required documents in lieu of an answer on Mr. Licamele's part.

7. Therefore, the parties agree and stipulate to a second extension of time for Scott Licamele to answer the complaint of 45 days while the parties finalize a reasonable payment plan to address the forthcoming judgment amount. The United States agrees to this request for an extension of time to answer, and the parties request that the Court reflect on the docket that Scott Licamele's time to answer the complaint has been extended by 45 days.

8. On or before 45 days from the Court's endorsement of this stipulation, if a waiver of answer, proposed payment plan, and stipulation to judgment have not been tendered (whether filed as separate or combined documents), the United States will file a status report advising the Court of the parties' progress and whether additional time is needed to complete the stipulated judgment and a payment plan pursuant to the terms of the Federal Debt Collection Procedures Act (28 U.S.C. §§ 3001-3308), specifically the entry of an agreed installment payment order under 28 U.S.C. § 3204.

<div style="display:flex">
<div>AGREED:</div>
<div>

**For United States of America, Plaintiff,**

*/s/ Jeffrey N. Nunez*
JEFFREY N. NUÑEZ
JOSEPH M. KAUFMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-5218
Facsimile: (202) 514-5238
Email: Jeffrey.N.Nunez@usdoj.gov


**Scott Licamele,
Defendant,**

*[signature]*

Scott Licamele
138 Weston Road
Weston, CT 06883
(203) 919-9229
Email: slicamele@mslgroupinc.com
</div>
</div>

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:_____                    _____
                                                 Judge Stefan R. Underhill
                                                 United States District Judge for the
                                                 District of Connecticut