IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT LICAMELE, )<br>)<br>    Defendant. )<br>) | Case No. 3:21-cv-1220-SRU<br><br>Chief Judge Stefan R. Underhill |

**JOINT MOTION FOR ENTRY OF CONSENT INSTALLMENT PAYMENT ORDER**

The plaintiff United States of America and the defendant Scott Licamele hereby jointly request that the Court enter the attached consent installment payment agreement, thereby resolving the payment of the proposed judgment that is before the Court. In support of their request, the parties allege, as follows:

On September 14, 2021, the United States commenced this action against Scott Licamele to collect civil penalties assessed on September 16, 2019, pursuant to 31 U.S.C. § 5321(a)(5), in the amount of $200,000.  The parties have tendered their *Stipulation for Entry of Final Judgment*, filed concurrently with this motion (Doc. No.17).  The stipulation sets forth the parties' agreement, pursuant to a settlement agreement, that final judgment under Fed. R. Civ. P. 58 is to be entered against Scott Licamele, and in favor of the United States, in the amount of $236,553.43, plus interest and statutory additions from and after the date of the stipulation, until the judgment is satisfied.  The parties' settlement agreement also sets forth a payment structure for the forthcoming judgment.  Pursuant to 28 U.S.C. § 3204, the parties agree and jointly move the Court to enter the proposed *Consent Installment Payment Order*, which is tendered with this joint motion.

1

WHEREFORE, the parties jointly request that the Court enter the attached *Consent Installment Payment Order* as an Order of the Court.

| **For UNITED STATES OF AMERICA, Plaintiff** | **SCOTT LICAMELE, Defendant** |
|---|---|
| */s/ Jeffrey N. Nuñez* <br> JEFFREY N. NUÑEZ <br> U.S. Department of Justice, Tax Division <br> PO Box 55 <br> Washington, DC 20044 <br> (202) 616-5218 (v) <br> (202) 514-5238 (f) <br> Jeffrey.N.Nunez@usdoj.gov | */s/* <br> SCOTT LICAMELE <br> 138 Weston Road <br> Weston, CT 06883 <br> (203) 919-9229 <br> slicamele@mslgroupinc.com |
| Date: April 13, 2022 | Date: |

WHEREFORE, the parties jointly request that the Court enter the attached *Consent Installment Payment Order* as an Order of the Court.

| For UNITED STATES OF AMERICA, Plaintiff | SCOTT LICAMELE, Defendant |
|---|---|
| /s/ _____ <br> JEFFREY N. NUÑEZ <br> U.S. Department of Justice, Tax Division <br> PO Box 55 <br> Washington, DC 20044 <br> (202) 616-5218 (v) <br> (202) 514-5238 (f) <br> Jeffrey.N.Nunez@usdoj.gov | /s/ _____ <br> SCOTT LICAMELE <br> 138 Weston Road <br> Weston, CT 06883 <br> (203) 919-9229 <br> slicamele@mslgroupinc.com |
| Date:_____ | Date: 4-11-2022 |

2