# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SCOTT LICAMELE,
    Defendant.

No. 3:21-cv-1220 (SRU)

## CONSENT INSTALLMENT PAYMENT ORDER

Pursuant to the Joint Motion for Entry of Consent Installment Payment Order, Doc. No. 18, the Court orders as follows:

1. On September 14, 2021, the United States commenced this action against Scott Licamele ("Licamele") to collect civil penalties assessed on September 16, 2019, pursuant to 31 U.S.C. § 5321(a)(5), in the amount of $200,000. *See* Doc. No. 1.

2. The parties have tendered their Stipulation for Entry of Final Judgment, filed concurrently with this motion. Doc. No. 17. Pursuant to the stipulation, a final judgment under Fed. R. Civ. P. 58 will enter against Licamele and in favor of the United States, in the amount of $236,553.43, plus interest and statutory additions from and after the date of the stipulation and order, until the judgment is satisfied.

3. Pursuant to 28 U.S.C. § 3204, the parties agree and the Court hereby orders that Licamele will make payments towards the judgment, as follows:

    a. One thousand dollars per month, for thirty-six months, pursuant to the terms of the settlement agreement between the parties;

    b. In month thirty-seven, the remainder of the outstanding judgment shall be paid to the United States, in full, and taking into account all post-judgment accruals;

    c. Licamele shall remain current with his ongoing federal income tax obligations, including timely filing all required returns (subject to lawful extensions) and timely paying the balances due, and shall provide copies of his federal income tax returns to the United States, through Trial Attorney Jeffrey N. Nuñez or such designee as the United States may provide, as set forth in the parties' settlement agreement;

    d. Pursuant to the terms of 28 U.S.C. § 3204(b), if the parties are unable to agree on a modification of this order as set forth in their settlement agreement, then they may petition the Court for a modification of this monthly payment amount;

    e. With respect to all other matters, including the final payoff of the judgment as set forth in ¶3(b), above, the parties' settlement agreement shall control.

4. So long as Licamele remains current with his obligations under this agreement, the United States shall take no other collection action within the 36-month installment payment period. Nothing in the parties' Stipulation for Entry of Final Judgment, Doc. No. 17, nor their Joint Motion for Entry of Consent Installment Payment Order, Doc. No. 18, shall preclude the United States from pursuing any assets of Licamele if he is in breach of this order or if the United States discovered undisclosed assets that are not embraced by the parties' settlement agreement unrelated to his business, nor shall the United States be precluded from offsetting any future tax overpayments against Licamele's judgment liability.

5. This order is entered pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, and the parties have agreed to waive the notice provisions of 28 U.S.C. § 3202(b).

6. All parties shall bear their own costs in the above-captioned action, including any attorney's fees or costs related to the enforcement or modification of this order.

| | |
|---|---|
| **For UNITED STATES OF AMERICA, Plaintiff** | **SCOTT LICAMELE, Defendant** |
| /s/ Jeffrey N. Nuñez<br>JEFFREY N. NUÑEZ<br>U.S. Department of Justice, Tax Division<br>PO Box 55<br>Washington, DC 20044<br>(202) 616-5218 (v)<br>(202) 514-5238 (f)<br>Jeffrey.N.Nunez@usdoj.gov | /s/<br>SCOTT LICAMELE<br>138 Weston Road<br>Weston, CT 06883<br>(203) 919-9229<br>slicamele@mslgroupinc.com |

So ordered.

Dated at Bridgeport, Connecticut, this 28th day of April 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge